FILED ___ ENTERED
___ LODGED ___ RECEIVED

MAY 25 2017

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiffs,<br><br>vs.<br><br>PHI NGUYEN<br><br>Defendants. | NO. MJ 17-180<br><br>**NOTICE OF WITHDRAWAL SUBSTITUTION OF COUNSEL** |

TO:  Clerk of the above-entitled Court

YOU AND EACH OF YOU PLEASE TAKE NOTICE that, ROBER HUFF at 13401 Bel-Red Road, Suite B-5, Bellevue, WA 98005 hereby withdraws as Attorneys of Record for the defendant in the above entitled matter.

YOU ARE FURTHER NOTIFIED that STEVEN W. KIM, at P.O. BOX 99594 Seattle, WA 98139-0594 (phone number: 206.420.9842, email: steven.w.kim.jd@gmail.com)  has substituted as attorney of record for the above-named defendant, in the above entitled action.

NOTICE OF SUBSTITUTION - 1 of 2

COPIES OF ALL FURTHER PAPERS AND PROCEEDINGS herein, except original process shall be served upon both substituted attorneys of record along with all others above named. This withdrawal and substitution will be effective May 25th, 2017.

DATED this 25th day of May 2017.

STEVEN W. KIM, ATTORNEY AT LAW

*Steven W. Kim*

STEVEN W. KIM, WSBA # 31051
Attorney for Defendant
Steven.W.Kim.JD@gmail.com

Signed this 25th day of May 2017.

_____
Honorable Brian A. Tsuchida
U.S. Magistrate Judge

NOTICE OF SUBSTITUTION - 2 of 2

STEVEN W. KIM ATTORNEY AT LAW
P.O. BOX 99594
SEATTLE, WASHINGTON 9839-0594
(206) 420-9842